Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
R. Euna Kim (SBN 222141)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269
Email: sboranian@reedsmith.com
ekim@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.



FILED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEESON, <br><br>              Plaintiff, <br><br>     vs. <br><br> MERCK & COMPANY, INC., PFIZER, INC., and MCKESSON CORPORATION and DOES 1 through 100, inclusive, <br><br>              Defendants. | 05 CV 2240 WBS PAN |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Christopher Leeson v. Merck & Co., Inc., et al.* Case Number 2:05-cv-02240-WBS-PAN, was filed in state court on September 19, 2005 and removed to this Court on November 4, 2005.

No discovery has been conducted or scheduled.

On December 20, 2005, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.

On December 1, 2005 plaintiff filed a Motion to Remand this matter to state court. Also pending before this Court is Merck's Motion to Stay Proceedings Pending Transfer to the Vioxx MDL, filed December 12, 2006. The hearings for both of these Motions are calendared for January 23 2006.

On December 28, 2005, the plaintiff timely filed Notice of its Opposition to the "tag-along" transfer of this action to MDL No. 1657. Pursuant to a briefing schedule established by the MDL Panel, the plaintiff filed its opposition to the "tag-along" transfer of this action on January 17, 2006. Plaintiff's motion in opposition to transfer of this

action to MDL No. 1657 has not been yet set before hearing or argument.

In light of the pending Motion to Remand and Motion to Stay, the parties respectfully request that further Joint Status Reports be postponed and that additional Discovery Conferences be removed from the calendar until final resolution of these matters.

SO STIPULATED.

Dated: January ___, 2006

**REED SMITH LLP**

By: _____
    R. Euna Kim
    Attorney for Defendant
    MERCK & CO., INC.

Dated: January ___, 2006

**CLAYEO C. ARNOLD,
A Professional Law Corporation**

By: _____
    Kirk Wolden
    Attorney for Plaintiff

## [PROPOSED] ORDER

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court. The status conference, currently set for February 3, 2006, is reset to April 10, 2006 at 9:00 am.

Dated: 1/25/2006

*William B. Shubb*

United States District Judge