1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOIEN and PEGGY HOIEN, | No. 2:05-cv-2464-MCE-KJM |
|     Plaintiffs, | |
|   v. | **NON-RELATED CASE ORDER** |
| MERCK & CO., INC., MCKESSON CORPORATION, and AMERI-SOURCEBERGEN DRUG CORPORATION, | |
|     Defendants. _____/ | |
| PATRICIA LOVE, | No. 2:05-cv-2140-MCE-PAN |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |
| BARBARA HACKER, | No. 2:05-cv-2193-GEB-JFM |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC., PFIZER, INC., and MCKESSON CORPORATION | |
|     Defendants. _____/ | |

```
 1  BRUCE REEVE,                          No. 2:05-cv-2199-FCD-GGH
 2         Plaintiff,
 3     v.
 4  MERCK & CO., INC.,
 5         Defendant.
    _____/
 6
    CLARA PUMA,                           No. 2:05-cv-2203-DFL-KJM
 7
           Plaintiff,
 8
       v.
 9
    MERCK & CO., INC., and ATTORNEY
10  MCKESSON CORPORATION,
11         Defendants.
    _____/
12
    CHRISTOPHER LEESON,                   No. 2:05-cv-2240-WBS-PAN
13
           Plaintiff,
14
       v.
15
    MERCK & CO., INC., PFIZER, INC.,
16  and MCKESSON CORPORATION,
17         Defendants.
    _____/
18
    VANCE SKILLSKY,                       No. 2:05-cv-2218-DFL-GGH
19
           Plaintiff,
20
       v.
21
    MERCK & CO., INC., and
22  MCKESSON CORPORATION,
23         Defendants.
    _____/
24
25  ///
26  ///
27  ///
28  ///
```

```
 1  CLAYTON WELCH,                      No. 2:05-cv-2267-WBS-DAD
 2        Plaintiff,
 3     v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
          Defendants.
 6  _____/
 7  JAMES MARK REAGLE,                  No. 2:05-cv-2349-DFL-PAN
 8        Plaintiff,
 9     v.
10  MERCK & CO., INC.,
11        Defendant.
    _____/
12
    JAMES MARK REAGLE,                  No. 2:05-cv-2356-DFL-PAN
13
          Plaintiff,
14
       v.
15
    MERCK & CO., INC.,
16
          Defendant.
17  _____/
18  DEBORAH SISEMORE,                   No. 2:05-cv-2399-WBS-KJM
19        Plaintiff,
20     v.
21  MERCK & CO., INC. and
    MCKESSON CORPORATION,
22
          Defendants.
23  _____/
24  ///
25  ///
26  ///
27  ///
28  ///
```

```
 1  EDITH CROOK,                              No. 2:05-cv-2436-FCD-PAN
 2           Plaintiff,
 3       v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
             Defendants.
 6  _____/
 7  ALMA ZEHRUNG,                             No. 2:05-cv-2437-DFL-DAD
 8           Plaintiff,
 9       v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
             Defendants.
12  _____/
13  PAMELA PARKER,                            No. 2:05-cv-2446-GEB-KJM
14           Plaintiff,
15       v.
16  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
17  SOURCEBERGEN DRUG CORPORATION,
18           Defendants.
    _____/
19
    JAMES LAME BULL and LUCINDA              No. 2:05-cv-2465-LKK-DAD
20  LAME BULL,
21           Plaintiffs,
22       v.
23  MERCK & CO., INC., MCKESSON
    CORPORATION, and AMERI-
24  SOURCEBERGENDRUG CORPORATION,
25           Defendants.
    _____/
26
27  ///
28  ///
```

4

```
 1  TOMMIE BALHOUN,                        No. 2:05-cv-2567-FCD-DAD
 2         Plaintiff,
 3      v.
 4  MERCK & CO., INC., and
    MCKESSON CORPORATION,
 5
           Defendants.
 6  _____/
 7  JOHN PALMER,                           No. 2:05-cv-2568-DFL-JFM
 8         Plaintiff,
 9      v.
10  MERCK & CO., INC., and
    MCKESSON CORPORATION,
11
           Defendants.
12  _____/
13  ESTHER NED,                            No. 2:05-cv-2584-MCE-DAD
14         Plaintiff,
15      v.
16  MERCK & CO., INC., and
    MCKESSON CORPORATION,
17
           Defendants.
18  _____/
19  BOYD COLE, STEVEN COLE, and            No. 2:05-cv-2609-MCE-GGH
    KAREN ALVISO,
20
           Plaintiffs,
21
        v.
22
    MERCK & CO., INC., and
23  MCKESSON CORPORATION,
24         Defendants.
    _____/
25
26  ///
27  ///
28  ///
```

```
 1  JILL DESART,                          No. 2:06-cv-0015-FCD-DAD
 2          Plaintiff,
 3      v.
 4  MERCK & CO., INC.,
 5          Defendant.
                                      /
 6
    JILL DESART,                          No. 2:06-cv-0062-FCD-DAD
 7
            Plaintiff,
 8
        v.
 9
    MERCK & CO., INC. and
10  MCKESSON CORPORATION,
11          Defendants.
                                      /
12
```

13      The Court has received the Notice of Related Cases
14 concerning the above-captioned cases filed.  See Local Rule 83-
15 123, E.D. Cal. (1997).  The Court has determined, however, that
16 it is inappropriate to relate or reassign the cases, and
17 therefore declines to do so.  This order is issued for
18 informational purposes only, and shall have no effect on the
19 status of the cases, including any previous Related (or Non-
20 Related) Case Order of this Court.

21      IT IS SO ORDERED.

22 DATE: February 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

6