Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
R. Euna Kim (SBN 222141)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269
Email: sboranian@reedsmith.com
ekim@reedsmith.com

Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:   510.763.2000
Facsimile:   510.273.8832
Email: khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEESON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>MERCK & COMPANY, INC., PFIZER, INC., and MCKESSON CORPORATION and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No.: 2:05-cv-02240-WBS-PAN<br><br>STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCES PENDING RESOLUTION OF MDL TRANSFER<br><br>**Honorable William B. Shubb** |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PARTIES, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This action, *Christopher Leeson v. Merck & Co., Inc.*, et al., Case Number 2:05-cv-02240-WBS-PAN, was filed in state court on September 19, 2005 and removed to this Court on November 4, 2005.

No discovery has been conducted or scheduled.

On December 1, 2005, plaintiff filed a Motion to Remand. On December 12, 2005, Merck filed a Motion to Stay Proceedings Pending the Transfer Decision of the Judicial Panel on Multidistrict Litigation ("JPML"). The Court heard oral argument for both Motions on January 23, 2006. On January 27, 2006, this Court denied plaintiff's Motion for Remand and granted Merck's Motion to Stay pending the transfer decision of the JPML.

On November 8, 2005, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Merck notified the JPML of the pendency of this action. On November 10, 2005, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Pfizer provided notice to the JPML of the pendency of this "tag-along" action for MDL-1699. On December 20, 2005, this action was conditionally transferred to the multidistrict litigation known as *In re Vioxx Products Liability Litigation*, MDL No. 1657 ("MDL No. 1657"), currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding and to the multidistrict litigation known as *In re Bextra and Celebrex Marketing; Sales Practices and Products Liability*, MDL No. 1699 ("MDL No. 1699"), currently pending in the Northern District of California, District Judge Charles R. Breyer presiding.

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

On December 28, 2005, the plaintiff timely filed its Notice of its Opposition to the transfer of this action to MDL No. 1657 and MDL No. 1699 and its opposition to the conditional transfer of this action on January 17, 2006.

The JPML has not yet ruled on plaintiff's opposition to transfer of this action to MDL No. 1657 and MDL No. 1699.  In the interim, this action has been stayed by this Court pending the JPML's transfer decision.

Based on the foregoing, the parties respectfully request that further Joint Status Reports be postponed and additional Discovery Conferences be removed from the calendar until the JPML rules on plaintiff's opposition to conditional transfer of this action to MDL No. 1657 and MDL No. 1699.

SO STIPULATED.

Dated: April  7 , 2006

           **REED SMITH LLP**

           By:   **/s/ Kevin M. Hara**
                 Kevin M. Hara
                 Attorney for Defendant
                 MERCK & CO., INC.

Dated: April ___, 2006

           **CLAYEO C. ARNOLD,**
           **A Professional Law Corporation**

           By: _____
                 Kirk Wolden
                 Attorney for Plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated: April ___, 2006

**TUCKER, ELLIS & WEST,**
**Attorneys at Law**

By: _____
    Tae Kim
    Attorneys for Defendant Pfizer, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCES PENDING RESOLUTION OF MDL TRANSFER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated:   April 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com