

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

## ORDER OF TRANSFER WITH SIMULTANEOUS SEPARATION, REMAND AND TRANSFER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 41 actions listed on Schedule A to vacate the Panel's orders conditionally i) transferring these actions involving the prescription medication Vioxx (manufactured by Merck & Co., Inc. (Merck)) to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in MDL-1657; ii) simultaneously separating and remanding claims in these actions relating to prescription medications Bextra and Celebrex (manufactured by Pfizer Inc. (Pfizer)) to their respective transferor districts; and iii) transferring the resulting Bextra/Celebrex actions to the Northern District of California for inclusion in MDL-1699 pretrial proceedings. Defendants Pfizer, Pharmacia Corp., G.D. Searle LLC and Merck oppose these motions and urge effectuation of the Panel's orders.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with i) actions in MDL-1657 previously transferred to the Eastern District of Louisiana, and ii) actions in MDL-1699 similarly centralized in the Northern District of California. The Panel further finds that transfer for inclusion in the coordinated or consolidated pretrial proceedings in those two districts will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Transfer is also appropriate for reasons expressed by the Panel in its original orders directing centralization in these two dockets. In MDL-1657, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions relating to Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005). Likewise, the Panel held that the Northern District of California was a proper Section 1407 forum for actions relating to Bextra and/or Celebrex. *See In re Bextra and Celebrex Marketing, Sales Practices and Products*

---

[*] Judges Hodges and Motz took no part in the decision of this matter.

- 2 -

*Liability Litigation*, 391 F.Supp.2d 1377 (J.P.M.L. 2005). Pending motions to remand these actions to state court can, in appropriate parts, be presented to and decided by each of the transferee courts. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

Some opposing plaintiffs argue that separation and transfer of these claims for inclusion in MDL-1657 and MDL-1699 will foster inefficiency and inconsistency and/or disrupt ongoing related state court proceedings. We are unpersuaded by these arguments. *See In re Vioxx Marketing, Sales Practices and Products Liability Litigation/In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation,* ___ F.Supp.2d ___, 2006 WL 461029 (J.P.M.L. Feb. 15, 2006).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL-1657 – *In re Vioxx Marketing, Sales Practices and Products Liability Litigation*. The claims relating to Pfizer's Bextra and Celebrex prescription medications are separated and remanded, pursuant to 28 U.S.C. § 1407(a), to their respective transferor courts.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the resulting actions involving claims relating to Bextra and Celebrex are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings occurring there in MDL-1699 – *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*.

FOR THE PANEL:

*John F. Keenan*
John F. Keenan
Acting Chairman

CLERK'S OFFICE
A TRUE COPY
APR 26 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## Schedule A

<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>
<u>MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>

| | EDLA SEC. L/3 |
|---|---|
| <u>Eastern District of California</u> | |
| *Barbara Hacker v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2193 | 06-2062 |
| *Christopher Leeson v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2240 | 06-2063 |
| <u>Western District of Kentucky</u> | |
| *Rhoda Overstreet v. Merck & Co., Inc., et al.*, C.A. No. 3:05-561 | 06-2064 |
| *Randall R. Jackson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-562 | 06-2065 |
| *Bonnie Mullins, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-577 | 06-2066 |
| *Ernest D. Weber, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-623 | 06-2067 |
| *Robert Manley, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-656 | 06-2068 |
| *Harold Thomas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-669 | 06-2069 |
| *Joan O'Bryan, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-681 | 06-2070 |
| *Doyle A. Coen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-682 | 06-2071 |
| *Johnnie Anderson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-685 | 06-2072 |
| *Galen Noe, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-700 | 06-2073 |
| *Cathy Groce Stearns, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-710 | 06-2074 |
| *Natella Kaye Cox v. Merck & Co., Inc., et al.*, C.A. No. 3:05-716 | 06-2075 |
| *Robert Sampson v. Merck & Co., Inc., et al.*, C.A. No. 3:05-722 | 06-2076 |
| *Douglas Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-723 | 06-2077 |
| <u>Eastern District of Missouri</u> | |
| *Lonnie Case v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1562 | 06-2078 |
| *Jessie Abbott v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1563 | 06-2079 |
| *Bertha Armstead v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1564 | 06-2080 |
| *Berlin Jenkerson v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1565 | 06-2081 |
| *David Wagner v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1590 | 06-2082 |
| *John Kaczmarczyk v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1592 | 06-2083 |
| *Jerry M. Dance v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1666 | 06-2084 |
| *Doris Crenshaw v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1669 | 06-2085 |
| *Jeanette Lasky v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1741 | 06-2086 |
| *Francesca A. Salmieri v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1744 | 06-2087 |
| *Vincent Calamia v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1746 | 06-2090 |
| *Thomas Kasper v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1747 | 06-2091 |
| *Bernadean Acreman v. Merck & Co., Inc, et al.*, C.A. No. 4:05-1748 | 06-2092 |
| *Josephine Tourville v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1750 | 06-2093 |
| *Jacqueline M. Lawrence v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1751 | 06-2094 |
| *Adele Anthon v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1752 | 06-2095 |
| *James B. Elgin, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1753 | 06-2096 |

| | EDLA SEC. L/3 |
|---|---|
| Eastern District of Missouri (Continued) | |
| *Richard Menzel v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1755 | 06-2097 |
| *Marcy A. West v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1756 | 06-2098 |
| *Hilda L. Tucker v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1757 | 06-2099 |
| *Arzie Stephens v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1758 | 06-2100 |
| *Shirley Adams, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1947 | 06-2101 |
| *Marie Nobles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2040 | 06-2102 |
| *Bernadette Dryer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2043 | 06-2103 |
| *Jean Davis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2076 | 06-2104 |